# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEISS INDUSTRIAL HOLDINGS LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>SCOTTSDALE INSURANCE COMPANY, an Ohio (home office) or Arizona (administrative office) Corporation,<br><br>Defendant. | **Case No.:** 2:22-cv-06080-FLA-PLA<br><br>**[~~PROPOSED~~] ORDER RE STIPULATED PROTECTIVE ORDER** |

Having considered the papers, and finding good cause exists, the Parties' Stipulated Protective Order [Doc. 24] is **granted**.

**IT IS SO ORDERED.**

Dated:  May 15, 2023

_____
MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE

1

ORDER RE STIPULATED PROTECTIVE ORDER